United States District Court
Southern District of Texas
**ENTERED**
February 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| REVAZI IDADZE, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:26-CV-140 |
| § | |
| WARDEN PORT ISABEL DETENTION § | |
| CENTER, *et al.*, § | |
| § | |
| Respondents. § | |

## ORDER

In this habeas action, Petitioner Revazi Idadze challenges his ongoing immigration detention, arguing that Respondents cannot detain him under 8 U.S.C. § 1225(b)(2)(A) without allowing him the opportunity to seek bond.

On February 6, 2026, the Fifth Circuit issued *Buenrostro-Mendez v. Bondi*, —F.4th —, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026), concluding that Respondents may detain aliens such as Petitioner under Section 1225(b)(2)(A) without affording them the opportunity to seek bond.

The Court ordered Petitioner to file, by February 20, "a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition." (Order, Doc. 3) The Court explained that if "the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court will deny the Petition and dismiss this case." (*Id.*) Petitioner filed no Statement.

As a result, it is:

**ORDERED** that Petitioner Revazi Idadze's Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

The Clerk of Court is directed to close this case.

Signed on February 24, 2026.

*Fernando Rodriguez, Jr.*
_____
Fernando Rodriguez, Jr.
United States District Judge